LAW LIBRARY

**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---

MARIA STYKE, Petitioner-Appellant,
v.
BRUCE ANTHONY SOTELO, JR., Respondent-Appellee

NO. 28562

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-DA NO. 07-1-0159)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Opinion of the Court, filed on March 31, 2010, is hereby corrected as follows:

1.  On page 3, the subheading "B." should be centered in its own separate line after the sentence ending with the word "hospital" and before the line beginning with "At the April 19, 2007, hearing . . . ." so that as corrected, the text reads (without changing the font size in the original) as follows:

> 2007, hearing until April 19, 2007, because Styke was in the hospital.
>
> B.
>
> At the April 19, 2007, hearing, Judge Bissen recused himself after recognizing Styke as an individual who had

2.  On page 3, in third line of the second paragraph under subsection "B.", the name "Soleto" is misspelled and should be replaced with "Sotelo" so that as corrected, the text reads as follows:  ". . . which Sotelo argued was . . . ."

3.  On page 3, in the fourth line of the second paragraph under subsection "B.", the parenthetical "(2006)" should be added after "HRS § 586-5" so that as corrected, the text reads as follows:  "by HRS § 586-5 (2006)."

---

[1/] Nakamura, Chief Judge, Fujise, and Leonard, JJ.

The clerk of the court is directed to incorporate the foregoing changes in the original Opinion of the Court and take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, April 22, 2010.

Craj H. Nakamura

Chief Judge